UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL LOPEZ,

                                      Plaintiff,

               -v -

HERMES B NY LLC, *et al.*,

                                    Defendants.

21-CV-10660 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      This action was filed in this Court on December 13, 2021. (Dkt. No. 1.) The docket indicates that while Plaintiff attempted to request issuances for summons, he filed these requests incorrectly and Defendants have not yet been served. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

      Plaintiff is directed to advise the Court in writing why he has failed to serve the summons and complaint on Defendants within the ninety-day period, or, if Defendants have been served, when and in what manner such service was made. If no written communication is received by May 3, 2022, showing good cause why such service was not made within ninety days, the Court will dismiss the case.

      SO ORDERED.

Dated: April 20, 2022
       New York, New York

                                                                J. PAUL OETKEN
                                                    United States District Judge